Hyman Goldberg, Respondent, v. Elizabeth Adelman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Edward Voelker, Respondent, v. Eleto Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Saverio Agnelli, Respondent, v. Victor Gayda, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry M. Pack, Respondent, v. Consolidated Gas Company of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis N. Hartog, Respondent, v. Piano & Klein, Inc., Appellant.—Judgment reversed and a new trial trial ordered, with costs to the appellant to abide the event, on the ground that the proof with respect to the decrease in insurance rates was insufficient to establish plaintiff's claim for a decreased rental. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Marie Gutman, Appellant, v. Norair Besharov, Respondent.— Judgment reversed, without costs to either party as against the other upon this appeal. Order modified by denying motion to dismiss the complaint with respect to the second cause of action therein contained, and granting said motion in other respects, without costs, and as so modified affirmed, without costs. (Benton v. Pratt, 2 Wend. 385; Rice v. Manley, 66 N. Y. ʻ82; N. Y. Land Improvement Co. v. Chapman, 118 id. 288.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Marco Loffredo, an Infant, by Frances Loffredo, His Guardian ad Litem, Respondent, v. Nicholas Loffredo, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Evelyn Perlmutter, Appellant, v. May C. Bettman, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the issues as to the negligence of the defendant and contributory negligence on the part of the plaintiff were questions of fact for the jury. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Richard J. Coston, Respondent, v. New York Evening Journal, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Helen Bien, Plaintiff, Respondent, and Caroline Bien, an Infant, by Bernard Bien, Her Guardian ad Litem, Plaintiff, Appellant, v. Samuel Klein, Appellant, Respondent.— Judgment and order affirmed, with costs to the defendant, respondent, against the plaintiff, appellant, and to the plaintiff, respondent, against the defendant, appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.